IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNETTE C. LEWIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CRICKET WIRELESS, LLC, CRICKET COMMUNICATIONS, INC., RING RING MASTER DEALER LLC, LADARY, INC., AND PQH WIRELESS, INC.,<br><br>        Defendant. | **8:15CV359**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff:      July 8, 2016.
        For the defendants:   August 8, 2016.

2) The deposition deadline is September 1, 2016.

3) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds is September 19, 2016.

April 28, 2016.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge